

**IT IS ORDERED as set forth below:**

**Date: August 7, 2017**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: ANA ESTHER VALENCIA | } | CHAPTER 13 |
| | } | |
| | } | CASE NO. A17-59508-PWB |
| | } | |
| DEBTOR(S) | } | JUDGE BONAPFEL |

### ORDER ON TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

The Chapter 13 Trustee's Motion to Dismiss with Prejudice came before this Court at a hearing held July 26, 2017 at 10:00 a.m. Present at the hearing were counsel for the Chapter 13 Trustee; the Debtor did not appear.

The Trustee contends in her Motion to Dismiss with Prejudice that the Debtor has failed to comply with the requirements of the Bankruptcy Code including but not limited to 11 U.S.C. Section 109(h), which the Trustee contends constitutes willful failure by the Debtor to come before the Court in proper prosecution of this case.

The Debtor has filed eight (8) recent Chapter 13 cases, each of which was dismissed by the Court. Said cases are as follows: first case, A10-89575-PWB, was filed on October 4, 2010, dismissed on December 9, 2010; second case, A11-60151-PWB, was filed on April 4, 2011, dismissed on May 24, 2011; third case, A12-55521-PWB, was filed on March 2, 2012, dismissed March 19, 2012; fourth case, A12-63969-PWB, was filed on June 4, 2012, dismissed August 24, 2012, fifth case, A13-74023-PWB, was filed on November 4, 2013, dismissed November 29, 2013, sixth case, A14-69605-PWB, was filed on October 6, 2014, dismissed October 22, 2014, seventh case, A15-53907-PWB, was filed on March 2, 2015, dismissed March 17, 2015, eighth case, A16-59317-PWB, was filed May 31, 2016 and dismissed August 12, 2016.

The Debtor having offered no opposition to the Trustee's Motion at the hearing and the Court having concluded that the Trustee has shown ample cause in her Motion for dismissing this case pursuant to 11 U.S.C. Section 109(g) and that the Debtor has willfully failed to come before this Court in proper prosecution of this case, it is hereby

ORDERED that the Trustee's Motion to Dismiss with Prejudice is GRANTED and the above-styled case is DISMISSED; as the Debtor is ineligible to be a Debtor under Chapter 13 of Title 11 of the United States Code for one hundred eighty (180) days from the entry date of this Order pursuant to 11 U.S.C. Section 109(g).

The Clerk is directed to serve a copy of this Order on the Debtor, the Chapter 13 Trustee, and all parties in interest.

END OF DOCUMENT

Prepared by:

_____/s/_____
Brandi L. Kirkland
Attorney for the Chapter 13 Trustee
Georgia Bar Number 423627
191 Peachtree Street, N.E., Suite 2200
Atlanta, Georgia 30303-1740
(404) 525-1110
brandik@atlch13tt.com